IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                         **Case No. 3:06cr66/LAC**

**FREDERICK JOHNSON**

_____

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT
FREDERICK JOHNSON**

WHEREAS, on August 8, 2006, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), based upon the defendant's guilty plea to the indictment in this action, and his consent to the forfeiture of $6,733.00 as assets used or derived from said conduct;

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2 (b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant FREDERICK JOHNSON at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

IT IS HEREBY ORDERED:

That all of defendant's right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now

final as to defendant FREDERICK JOHNSON for all purposes.

IT IS SO ORDERED this 3rd day of November, 2006.

                                             s/*L.A. Collier*
                                             LACEY A. COLLIER
                                             Senior United States District Judge