IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                              Case No: 3:06CR66-LAC

**FREDERICK JOHNSON**
_____

**FINAL ORDER OF FORFEITURE AS
TO ALL PERSONS AND ENTITIES**

WHEREAS, on August 8, 2006, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), and 846, based upon the defendant's guilty plea to a two count Indictment in this action, and his consent to the forfeiture of all assets used or derived from said conduct;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition in the Press Gazette, on October 25, 2006, and of the intent of the United States to dispose of the property in accordance with Title 21, United States Code, Section 853(n), notifying all potential third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

AND WHEREAS, no claims or petitions, have been filed for the property described in this Court's Preliminary Order of Forfeiture, entered on August 8, 2006, and the time for filing petitions expired on November 25, 2006, thirty (30) days after the last

publication on October 25, 2006, pursuant to Title 21, United States Code, Section 853(n)(2). Accordingly,

.        IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That all right, title and interest to all of the hereinafter described property is condemned, forfeited and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is $6,773.00 in U.S. currency.

3. That no person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America by Order entered on August 8, 2006, and that said forfeiture is now final.

4. That the United States Marshal shall dispose of said property in accordance with law.

IT IS SO ORDERED this 27th day of February, 2007.

                                                    *s/L.A. Collier*
                                                  LACEY A. COLLIER
                                                  SENIOR UNITED STATES DISTRICT JUDGE