# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                             CASE NO. 3:06cr66LAC

FREDERICK JOHNSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   APRIL 15, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE    on 4/14/08    Doc.# 275

RESPONSES:
GOVERNMENT    on 4/16/08    Doc.# 276
RESPONSE BY DEFT PRO SE    on 5/5/08    Doc.# 279

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

# ORDER

*Upon consideration of the foregoing, it is ORDERED this 1st day of July, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing, the defendant was held accountable for in excess of 4.5 kilos of cocaine base which resulted in a base offense level of 38. Pursuant to Amendments 706, 711 and 715 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendments 706, 711 and 715.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.